**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORBEER ENTERPRISES, LP, a California company, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance company; THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company; and Does 1-25 inclusive, <br><br> Defendants. | **Case No.: 2:19-cv-00055-JLS-JPR** <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> **Complaint Filed: January 1, 2019** |

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: 01/29/2020

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Court Judge

• 1 •

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**